**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MAXIUS PIERRE WAITE,**

    **Petitioner,**

**v.**                             **Case No.  4:25-cv-437-TKW-ZCB**

**WARDEN, LEON COUNTY
DETENTION FACILITY,**

    **Respondent.**

                                 /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be dismissed because three of the four grounds that it raises are unexhausted and the fourth ground is moot.  The Court also agrees that a certificate of appealability should be denied.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

Page 1 of 2

2.    Respondent's motion to dismiss (Doc. 14) is GRANTED, and Petitioner's §2254 habeas petition is DISMISSED because Grounds One, Three, and Four are unexhausted and Ground Two is moot.

3.    A certificate of appealability is DENIED.

4.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**